IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAULA TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3159 |
| | ) | |
| v. | ) | |
| | ) | |
| AIG DOMESTIC CLAIMS, INC., | ) | MEMORANDUM AND ORDER |
| AMERICAN INTERNATIONAL | ) | |
| SPECIALTY LINES INSURANCE | ) | |
| COMPANY, and SARETSKY, HART, | ) | |
| MICHAELS & GOULD, PC, | ) | |
| | ) | |
| Defendants. | ) | |

A telephonic hearing was previously scheduled to be held today to discuss the status of this case following mediation and, if necessary, case progression. However, defendant Saretsky, Hart, Michaels & Gould, PC has filed a motion to disqualify plaintiff's counsel. (Filing No. 33). After reviewing the motion and supporting brief,

IT IS ORDERED:

1) The telephonic case progression conference scheduled to be held today at 9:00 a.m. is continued pending a ruling on defendant Saretsky, Hart, Michaels & Gould, PC's motion to disqualify (filing no. 33), and

2) Any response to the motion to disqualify shall be filed on or before May 9, 2011, with any Reply thereto filed on or before May 19, 2011.

DATED this 21st day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge