IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAULA TURNER, ) | |
| ) | |
| Plaintiff, ) | 4:10CV3159 |
| ) | |
| v. ) | |
| ) | |
| AIG DOMESTIC CLAIMS, INC., ) | MEMORANDUM AND ORDER |
| AMERICAN INTERNATIONAL ) | |
| SPECIALTY LINES INSURANCE ) | |
| COMPANY, and SARETSKY, ) | |
| HART, MICHAELS & GOULD, PC, ) | |
| ) | |
| Defendants. ) | |

Having carefully considered the same,

IT IS ORDERED that:

1. The motion to dismiss on behalf of AIG (filing no. 64) is denied without prejudice to consideration of the issues raised therein by motion for summary judgment.

2. The motion to strike affirmative defenses on behalf of Turner (filing no. 69) is denied without prejudice to consideration of the issues raised therein by motion for summary judgment.

DATED this 19th day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge