EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAULA TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, AIG DOMESTIC CLAIMS, INC., and SARETSKY, HART, MICHAELS & GOULD, P.C.<br><br>    Defendants. | Case No. 4:10-cv-03159-RGK-CRZ |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Paula Turner and Defendants American International Specialty Lines Insurance Company ("AISLIC"), nka Chartis Specialty Insurance Company, AIG Domestic Claims, Inc. ("AIGDC"), nka Chartis Claims, Inc., and Saretsky, Hart, Michaels & Gould, P.C. ("Saretsky") hereby to dismiss this action, and all claims asserted therein against all named defendants in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each party to bear his or her own costs.

**RESPECTFULLY SUBMITTED** this 7th day of May, 2012.

**PAULA TURNER, PLAINTIFF**

By: _____
J.L. Spray, #18405
Randall V. Petersen, #17390
Patricia L. Vannoy, #24264
MATTSON, RICKETTS, DAVIES, STEWART
& CALKINS
134 S. 13th Street, Suite 1200
Lincoln, NE 68508-1901
(402) 475-8433
(402) 475-0105 - Fax
jls@mattsonricketts.com

David M. Gaba, #17960
COMPASS LAW GROUP, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 251-5488
(206) 343-6234 - Fax
davegaba@compasslegal.com


**AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY AND AIG
DOMESTIC CLAIMS, INC., DEFENDANTS**

By: _____
Mary M. Schott, #21832
John P. Weis, #19613
SODORO, DALY & SODORO, P.C.
7000 Spring Street
Omaha, NE 68106
(402) 397-6200
(402) 397-6290 – Fax
mschott@sodorolaw.com
jweis@sodorolaw.com

Amy M. Samberg, Ariz. Bar #013874
(admitted *pro hac vice*)
SNELL & WILMER L.L.P.
One South Church Ave., Ste. 1500
Tucson, AZ 85701
(520) 882-1200
(520) 884-12294 – Fax
asamberg@swlaw.com

14509898

31

**SARETSKY, HART, MICHAELS & GOULD, P.C., DEFENDANT**

By: *[signature]*

James A. Snowden, #13927
Renee Eveland, #23156
WOLFE, SNOWDEN, HURD, LUERS & AHL, LLP
Wells Fargo Center
1248 "O" Street, Suite 800
Lincoln, NE 68508
(402) 474-1507
(402) 474-3170 – Fax
jsnowden@wolfesnowden.com
reveland@wolfesnowden.com

14509898

32