IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAULA TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3159 |
| | ) | |
| v. | ) | |
| | ) | |
| AIG DOMESTIC CLAIMS, INC., | ) | **JUDGMENT** |
| AMERICAN INTERNATIONAL | ) | |
| SPECIALTY LINES INSURANCE | ) | |
| COMPANY, and SARETSKY, | ) | |
| HART, MICHAELS & GOULD, | ) | |
| P.C., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (filing 93) and Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS ORDERED that all claims asserted in the above-captioned action against all named defendants are dismissed with prejudice, with each party to bear its own costs.

DATED this 8th day of May, 2012.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge